**Dismiss and Opinion Filed May 31, 2023**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-00019-CV

**SINDY BENAVIDES, RALINA CARDONA, PAUL MARTINEZ, IVONNE QUINONES AND ELSIE VALDES, Appellants**

**V.**

**HILDA RAMIREZ DUARTE, RENE MARTINEZ, HENRY RODRIGUEZ, FEDERICO GARZA, AND HECTOR CARRILLO, Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-08603**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Goldstein
Opinion by Chief Justice Burns

Before the Court is appellants' May 26, 2023 motion to dismiss appeal. We

grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

230019f.p05

/Robert D. Burns, III//
ROBERT D. BURNS, III
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SINDY BENAVIDES, RALINA
CARDONA, PAUL MARTINEZ,
IVONNE QUINONES AND ELSIE
VALDES, Appellants

No. 05-23-00019-CV     V.

HILDA RAMIREZ DUARTE,
RENE MARTINEZ, HENRY
RODRIGUEZ, FEDERICO GARZA,
AND HECTOR CARRILLO,
Appellees

On Appeal from the 162nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-08603.
Opinion delivered by Chief Justice
Burns. Justices Pedersen, III and
Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered this 31st day of May, 2023.